IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-00959-WYD-KMT

NEWARK REVOLVING HOLDING,

      Plaintiff,

v.

BEAR PAW JOINT VENTURE,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Agreed Motion to Dismiss With Prejudice (ECF No. 48) and the Consent to Defendant's Agreed Motion to Dismiss With Prejudice (ECF No. 49), filed November 23, 2011.   After carefully reviewing the above-captioned case, I find that the agreed motion should be granted and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Agreed Motion to Dismiss With Prejudice (ECF No. 48) is **GRNATED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   March 7, 2012

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel
Chief United States District Judge